UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL R. JOHNSON,

        Plaintiff,

        - against -

CAPTAIN BLAKE (A.M.K.C.),

        Defendant.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.
★ JUN 2 7 2011
BROOKLYN OFFICE

**ORDER**
10-CV-5825 (RRM)(RLM)

**MAUSKOPF, United States District Judge:**

*Pro se* plaintiff Michael R. Johnson ("Johnson") filed this action on December 8, 2010. He repeatedly failed to notify the Court of his change in address, and failed to appear for conferences before the assigned Magistrate Judge, the Honorable Roanne L. Mann. Despite warnings of the consequences of failure to appear, Johnson ignored the Court's Order and failed to appear for the second time before Judge Mann on May 18, 2011. Judge Mann issued a Report and Recommendation ("R&R") [Doc. No. 16] recommending that the Court dismiss Johnson's complaint with prejudice for lack of prosecution. Judge Mann reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due by June 2, 2011. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R [Doc. No. 16] in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, the complaint [Doc. No. 1] is DISMISSED with prejudice for lack of prosecution. The Clerk of Court shall enter judgment accordingly, and close this case.

        SO ORDERED.

Dated: Brooklyn, New York
      June 24, 2011

                        ROSLYNN R. MAUSKOPF
                        United States District Judge

